UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LEWIS,<br><br>  Plaintiff,<br><br>  vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. 2:22-cv-01160-WBS-JDP<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE DISCOVERY RELATED DATES**<br><br>Complaint Filed: July 5, 2022<br>Trial Date: March 12, 2024 |

On June 7, 2023, the Parties filed a Stipulation to Continue Discovery Related Dates.

The Court, having considered the Stipulation to Continue Dates ("Stipulation") filed by the Parties, and upon finding that good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. The following dates are hereby vacated:

    a. Expert Disclosure (Initial):  June 7, 2023

    b. Expert Disclosure (Rebuttal):  July 14, 2023

    c. All Discovery Cut-Off:  August 11, 2023

       (including hearing of discovery motions)

2. The dates are continued to the following dates:

    a. Expert Disclosure (Initial):  September 9, 2023,

    b. Expert Disclosure (Rebuttal):  September 15, 2023.

    c. All Discovery Cut-Off:  October 1, 2023.

IT IS SO ORDERED.

Dated:   June 10, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE