# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LEWIS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | Case No. 2:22-cv-01160-WBS-JDP<br><br>District Judge: William B. Shubb<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff JOSEPH LEWIS ("Plaintiff") accepted Defendant FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on September 6, 2023.

Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $174,090.75 pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

Dated:  December 6, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE