# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LEWIS, | Case No. 2:22-cv-01160-WBS-JDP |
| Plaintiff, | District Judge: William B. Shubb |
| vs. | **ORDER** |
| FCA US LLC; and DOES 1 through 10, inclusive | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff JOSEPH LEWIS ("Plaintiff") and Defendant FCA US LLC have agreed that FCA US LLC will pay $21,000.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.

Accordingly, the Court hereby enters an ORDER for FCA US LLC to pay Plaintiff $21,000.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiff by November 14, 2024. Plaintiff withdraws their Bill of Costs and Fee Motion. After satisfaction of payment, Plaintiff will dismiss this case with prejudice within 10 business days against all parties.

**IT IS SO ORDERED.**

DATED: August 16, 2024

_____
CHIEF UNITED STATES DISTRICT JUDGE